UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

SACHIKO CULP,                                                  No. 11-12819

                        Debtor(s).
_____/

Memorandum on Objection to Claim
_____

      Debtor Sachiko Culp has objected to Claim #4 filed by National Commercial Service on behalf of Noelle Gayral. Culp objected to allowance of the claim as secured on the grounds that there was no showing that the attached note was secured by the attached deed of trust. There was no request for a hearing, so sustaining the objection ought to be routine. However, the case itself appears to be a jumbled mess.

      Culp has scheduled the real property at 2001 Gilrix Street, Petaluma, California, as belonging to her. This appears to be the property described in the deed of trust. However, in an adversary proceeding Culp has alleged that the property is owned by the Richard H. Culp and Sachiko Culp Revokable Trust. If this allegation is true, then the schedules are false and the objection ought to be sustained but not on the grounds alleged. The objection should be sustained because the security is not property of the bankruptcy estate.[1]

---

[1] If the property belongs to the trust, then the court does not see how claimants can be guilty of violating the automatic stay. However, that is another issue for another day.

1

Since there has been no response by claimant, the objection will be sustained and Claim #4 shall be allowed only as an unsecured claim. However, it shall be without prejudice to all of the claimants' rights and defenses and shall be with leave to amend. Counsel for Culp shall submit a form of order conforming to this decision.

Dated: April 2, 2012

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge